# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

130959

TAMARA BRANCHE, Personal
Representative of the Estate of
Tommie Charles Tyson, Deceased,
        Plaintiff-Appellee,

v

SINAI-GRACE HOSPITAL, a/k/a
SINAI HOSPITAL OF GREATER
DETROIT,
        Defendant-Appellant,

and

DANIEL J. WALZ, M.D.,
        Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130959
COA: 266304
Wayne CC: 04-425218-NH

On order of the Court, the application for leave to appeal the March 9, 2006 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006
_____

Clerk